WEYERHAEUSER CO.,
Plaintiff–Appellee

v.

PETRO–HUNT LLC, Defendant–
Appellant.

No. 06–31036.

United States Court of Appeals,
Fifth Circuit.

March 26, 2008.

Jimmy Roy Faircloth, Jr., Barbara Bell Melton, Alexandria, LA, for Plaintiff–Appellee.

T.H. Freeland, IV, J. Ralph White, Freeland & White, Oxford, MS, Stella Cook Shackelford, Freeland & White, New Orleans, LA, for Defendant–Appellant.

Before KING, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM: *

The order appealed from being a case-management order, rather than an injunction, jurisdiction for this appeal is lacking. *See* 28 U.S.C. § 1292(a)(1).

DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.